1

2

3

4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    PAUL F. MAISNIER,                          Case No. 3:22-cv-07859-WHO

          Plaintiff,
8
                                                **ORDER OF DISMISSAL UPON**
9         v.                                    **SETTLEMENT**

10   NATIONAL VISION, INC.,                      Re: Dkt. No. 19

          Defendant.
11

12

13        The parties to the action, by and through their counsel, have advised the Court that they have

14   agreed to a settlement.

15        IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings

16   scheduled in this matter are VACATED.  It is further ordered that if any party certifies to this Court,

17   with proper notice to opposing counsel within ninety (90) days from the date below, that settlement

18   has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for

19   further proceedings.

20

21        **IT IS SO ORDERED**.

22

23   Dated: August 12, 2024

24                                              _____
                                                WILLIAM H. ORRICK
25                                              United States District Judge

26

27

28

United States District Court
Northern District of California